

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00070-CV
_____

CYNTHIA MARTIN, Appellant

V.

HOPKINS ENERGY, LLC, AND HOPKINS COUNTY, Appellees

On Appeal from the 62nd District Court
Hopkins County, Texas
Trial Court No. CV44739

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Ralph K. Burgess
Justice

Date Submitted:     October 4, 2021
Date Decided:      October 5, 2021